

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00069-CV

**IN RE ESTATE OF JOHN WILLIAM MUELLER**, Deceased,

From the County Court, Atascosa County, Texas
Trial Court No. 7702
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Appellee's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The Appellee's brief is due on August 8, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court